# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALEKSANDR KRAVETS, | : | |
| Petitioner, | : | Civ. No. 16-1162 (RBK) |
| v. | : | |
| WARDEN J. HOLLINGSWORTH, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner, is a former federal prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his original habeas petition, petitioner challenged prison disciplinary proceedings that resulted in the loss of forty days of good time credits. Petitioner has also filed a motion to amend his habeas petition seeking to add a claim related to his expulsion from the Federal Bureau of Prisons' Residential Drug Abuse Program ("RDAP").

It has come to the attention of this Court that petitioner was released from federal incarceration on November 9, 2016. *See https://www.bop.gov/inmateloc/* (last visited April 21, 2017). Accordingly, petitioner shall be ordered to show cause why his habeas petition and his motion to amend his habeas petition should not be denied as moot in light of this release. *See Scott v. Holt*, 297 F. App'x 154, 156 (3d Cir. 2008) (affirming district court's judgment that habeas petition challenging loss of good time credits was moot as petitioner had been released); *see also Sherrill v. Ebbert*, No. 15-2336, 2016 WL 4945285, at *2 (M.D. Pa. Sept. 16, 2016) (dismissing habeas petition as moot that challenged eligibility for RDAP where petitioner had been released from federal custody).

Therefore, IT IS this  24th  day of April, 2017,

ORDERED that petitioner shall show cause within fourteen (14) days of the date of this Order why his habeas petition and motion to amend should not be denied as moot in light of his release from federal incarceration; and it is further

ORDERED that petitioner's failure to respond to this order to show cause within the time allotted may result in the dismissal of his habeas petition and motion to amend as moot; and it is further

ORDERED that respondent may file a reply to petitioner's response to the order to show cause within seven (7) days of when petitioner's response is filed with this Court.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge